UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

NELLA MANKO,

                    Plaintiff,

-against-

LENOX HILL HOSPITAL; DANA A. MANNOR, M.D.;
NEW YORK STATE UNIFIED COURT SYSTEM;
NEW YORK STATE COURT OF APPEALS;
DECORATO COHEN SHEEHAN & FEDERICO LLP;
GARSON DECORATO & COHEN, LLP; DECORATO & COHEN
LLP; GARSON, GERSPACH, DECORATO & COHEN, LLP;
LENOX HILL ANESTHESIOLOGY PLLC; "Anesthesiologist"
(a fictitious name); L.H. RADIOLOGISTS, P.C.;
MATTHEW B. LUBIN, M.D.; ALAN TIKOTSKY, M.D.;
ELTON STRAUSS, M.D.; THE MOUNT SINAI HOSPITAL;
THE MOUNT SINAI MEDICAL CENTER, INC.;
BENJAMIN A. NACHAMIE, M.D.; HERBERT S. SHERRY, M.D;
IRINA AVRUCHEVSKAYA, M.D.; SUSAN LEVIT, M.D.;
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP;
KAUFMAN BORGEEST & RYAN LLP; C. CARDILLO, P.C.;
BERNARD H. BROOME, ESQ.; CARDILLO & KEYSER, P.C.;
LAW OFFICE OF BERNARD H. BROOME, PLLC;
NEW YORK CITY TRANSIT AUTHORITY; MEDREVIEW, INC.;
PROFESSIONAL EVALUATION GROUP, INC.;
CITY OF NEW YORK; LAW OFFICES OF DAVID A. GABAY;
DAVID A. GABAY, ESQ.; GABAY LAW GROUP P.C.; INSOURCE
STRATEGIES, INC.; LAW OFFICES OF DAVID A. GABAY, P.C.;
GORDON & SILBER, P.C.; RAWLINGS COMPANY, LLC;
THE STATE OF NEW YORK, ET AL.,

                    Defendants.

CIVIL ACTION
No. 20-CV-09928

REQUEST
TO WAIVE
SERVICE OF
A SUMMONS

---------------------------------------------------------------x

    NELLA MANKO, Plaintiff, Pro Se, is requesting to waive service of the Summons in this action. Enclosed are the following: (1) a copy of the Complaint; (2) two copies of waiver form; and (3) a prepaid means of returning one signed copy of the form to me.

Dated: Brooklyn, NY
        December 03, 2020

*Nella Manko*
NELLA MANKO, Plaintiff, Pro Se,
1735 East 13th Street, Apt. 3K, Brooklyn, NY 11229
Tel. No.: (718) 375-9067

To: NEW YORK STATE COURT OF APPEALS
     20 EAGLE STREET, ALBANY, NY 12207

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ☒

| | |
|---|---|
| NELLA MANKO, *Plaintiff* v. LENOX HILL HOSPITAL, ET AL., *Defendant* | Civil Action No. 20-CV-09928 |

## WAIVER OF THE SERVICE OF SUMMONS

To: NELLA MANKO
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

# FedEx

Address: 130 LEROY STREET
NEW YORK
NY 10014
Location: WTCA
Device ID: -BTC01
Transaction: 940282723878

**FedEx Priority Overnight**
399819668257      4.0 lb (M)         44.67
    Direct Signature Required
    Declared Value   1
Recipient Address:

    NYS COURT OF APPEALS
    20 EAGLE STREET
    Albany, NY 12207
    0000000000

Scheduled Delivery Date 12/4/2020

Pricing option:
    STANDARD RATE

Package Information:
    FedEx Pak

           Shipment subtotal:    $44.67

                 **Total Due:**    **$44.67**

              (S) CreditCard:    $44.67
         ************9054


        M = Weight entered manually
        S = Weight read from scale
        T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.


        Visit us at: fedex.com
        Or call 1.800.GoFedEx
           1.800.463.3339

        Dec 03, 2020 8:36:16 PM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NELLA MANKO,
                 Plaintiff,
  -against-
LENOX HILL HOSPITAL; DANA A. MANNOR, M.D.;
NEW YORK STATE UNIFIED COURT SYSTEM;
NEW YORK STATE COURT OF APPEALS;
DECORATO COHEN SHEEHAN & FEDERICO LLP;
GARSON DECORATO & COHEN, LLP; DECORATO & COHEN
LLP; GARSON, GERSPACH, DECORATO & COHEN, LLP;
LENOX HILL ANESTHESIOLOGY PLLC; "Anesthesiologist"
(a fictitious name); L.H. RADIOLOGISTS, P.C.;
MATTHEW B. LUBIN, M.D.; ALAN TIKOTSKY, M.D.;
ELTON STRAUSS, M.D.; THE MOUNT SINAI HOSPITAL;
THE MOUNT SINAI MEDICAL CENTER, INC.;
BENJAMIN A. NACHAMIE, M.D.; HERBERT S. SHERRY, M.D.;
IRINA AVRUCHEVSKAYA, M.D.; SUSAN LEVIT, M.D.;
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP;
KAUFMAN BORGEEST & RYAN LLP; C. CARDILLO, P.C.;
BERNARD H. BROOME, ESQ.; CARDILLO & KEYSER, P.C.;
LAW OFFICE OF BERNARD H. BROOME, PLLC;
NEW YORK CITY TRANSIT AUTHORITY; MEDREVIEW, INC.;
PROFESSIONAL EVALUATION GROUP, INC.;
CITY OF NEW YORK; LAW OFFICES OF DAVID A. GABAY;
DAVID A. GABAY, ESQ.; THE STATE OF NEW YORK, ET AL.,
                 Defendants.

CIVIL ACTION
No. 20-CV-09928

AFFIDAVIT
OF SERVICE
OF REQUEST
TO WAIVE
SERVICE OF
A SUMMONS

---------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:
  NELLA MANKO, being duly sworn, deposes and says:
1. I am over 18 years of age. I reside in Brooklyn, State of New York.
2. On **December 03, 2020**, I served a true copy of the following papers: **(1) Request to Waive Service of a Summons; (2) a copy of the Complaint; (3) two copies of waiver form; and (4) a prepaid means of returning one signed copy of the form to me.**
3. The method of service was **FedEx Priority Overnight, Direct Signature Requested (Trck. # 3998 1966 8257).** By depositing the same with an overnight delivery service in a wrapper properly addressed. Said delivery was made prior to the latest time designated by the overnight delivery service for overnight delivery. Addressed to the addressee indicated below:

    NEW YORK STATE COURT OF APPEALS
    20 EAGLE STREET, ALBANY, NY 12207

                                                  *Nella Manko*
                                                NELLA MANKO

Sworn to before me this
07th day of December, 2020

FROM:

NELLA MANKO
1735 E 13TH ST,
APT. 3K,
BROOKLYN, NY 11229

RECEIVED
SDNY PRO SE OFFICE
2020 DEC -9 PM 2:44

RECEIVED
DEC -9 2020
CLERK'S OFFICE
S.D.N.Y.

RECEIVED
MAY 37 PM 11:43
U.S. DISTRICT COURT SDNY

USM SDNY

DATE: 12/07/2020
CIVIL ACTION NO. 20-CV-09928

Pro Se
SM

TO
PRO SE OFFICE

I AM FILING 6 AFFIRMATIONS WITH PROVE OF SERVICE OF THE REQUEST TO WAIVE SERVICE OF SUMMONS