UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NELLA MANKO,                                    CIVIL ACTION
            Plaintiff,              No. 20-CV-09928
  -against-
LENOX HILL HOSPITAL; DANA A. MANNOR, M.D.;
NEW YORK STATE UNIFIED COURT SYSTEM;
NEW YORK STATE COURT OF APPEALS;                **REQUEST**
DECORATO COHEN SHEEHAN & FEDERICO LLP;          **TO WAIVE**
GARSON DECORATO & COHEN, LLP; DECORATO & COHEN  **SERVICE OF**
LLP; GARSON, GERSPACH, DECORATO & COHEN, LLP;   **A SUMMONS**
LENOX HILL ANESTHESIOLOGY PLLC; "Anesthesiologist"
(a fictitious name); L.H. RADIOLOGISTS, P.C.;
MATTHEW B. LUBIN, M.D.; ALAN TIKOTSKY, M.D.;
ELTON STRAUSS, M.D.; THE MOUNT SINAI HOSPITAL;
THE MOUNT SINAI MEDICAL CENTER, INC.;
BENJAMIN A. NACHAMIE, M.D.; HERBERT S. SHERRY, M.D;
IRINA AVRUCHEVSKAYA, M.D.; SUSAN LEVIT, M.D.;
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP;
KAUFMAN BORGEEST & RYAN LLP; C. CARDILLO, P.C.;
BERNARD H. BROOME, ESQ.; CARDILLO & KEYSER, P.C.;
LAW OFFICE OF BERNARD H. BROOME, PLLC;
NEW YORK CITY TRANSIT AUTHORITY; MEDREVIEW, INC.;
PROFESSIONAL EVALUATION GROUP, INC.;
CITY OF NEW YORK; LAW OFFICES OF DAVID A. GABAY;
DAVID A. GABAY, ESQ.; GABAY LAW GROUP P.C.; INSOURCE
STRATEGIES, INC.; LAW OFFICES OF DAVID A. GABAY, P.C.;
GORDON & SILBER, P.C.; RAWLINGS COMPANY, LLC;
THE STATE OF NEW YORK, ET AL.,
            Defendants.
------------------------------------------------------------------X

    NELLA MANKO, Plaintiff, Pro Se, is requesting to waive service of the Summons in this action. Enclosed are the following: (1) a copy of the Complaint; (2) two copies of waiver form; and (3) a prepaid means of returning one signed copy of the form to me.

Dated: Brooklyn, NY
       December 08, 2020

                                 *Nella Manko*
                              NELLA MANKO, Plaintiff, Pro Se,
                              1735 East 13th Street, Apt. 3K, Brooklyn, NY 11229
                              Tel. No.: (718) 375-9067

To:    NEW YORK STATE UNIFIED COURT SYSTEM and THE STATE OF NEW YORK
        ATTORNEY GENERAL OFFICE,
        28 Liberty Street, 16th Floor,
        New York, New York 10005

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| _____NELLA MANKO,_____ <br> *Plaintiff* <br> v. <br> _____LENOX HILL HOSPITAL, ET AL.,_____ <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 20-CV-09928 <br> ) <br> ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: NELLA MANKO
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

NELLA MANKO,
               Plaintiff,

-against-

LENOX HILL HOSPITAL; DANA A. MANNOR, M.D.;
NEW YORK STATE UNIFIED COURT SYSTEM;
NEW YORK STATE COURT OF APPEALS;
DECORATO COHEN SHEEHAN & FEDERICO LLP;
GARSON DECORATO & COHEN, LLP; DECORATO & COHEN
LLP; GARSON, GERSPACH, DECORATO & COHEN, LLP;
LENOX HILL ANESTHESIOLOGY PLLC; "Anesthesiologist"
(a fictitious name); L.H. RADIOLOGISTS, P.C.;
MATTHEW B. LUBIN, M.D.; ALAN TIKOTSKY, M.D.;
ELTON STRAUSS, M.D.; THE MOUNT SINAI HOSPITAL;
THE MOUNT SINAI MEDICAL CENTER, INC.;
BENJAMIN A. NACHAMIE, M.D.; HERBERT S. SHERRY, M.D;
IRINA AVRUCHEVSKAYA, M.D.; SUSAN LEVIT, M.D.;
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP;
KAUFMAN BORGEEST & RYAN LLP; C. CARDILLO, P.C.;
BERNARD H. BROOME, ESQ.; CARDILLO & KEYSER, P.C.;
LAW OFFICE OF BERNARD H. BROOME, PLLC;
NEW YORK CITY TRANSIT AUTHORITY; MEDREVIEW, INC.;
PROFESSIONAL EVALUATION GROUP, INC.;
CITY OF NEW YORK; LAW OFFICES OF DAVID A. GABAY;
DAVID A. GABAY, ESQ.; GABAY LAW GROUP P.C.; INSOURCE
STRATEGIES, INC.; LAW OFFICES OF DAVID A. GABAY, P.C.;
GORDON & SILBER, P.C.; RAWLINGS COMPANY, LLC;
APPELLATE DIVISION OF THE N.Y.S. SUPREME COURT
(SECOND DEPARTMENT); APPELLATE DIVISION OF THE
N.Y.S. SUPREME COURT (FIRST DEPARTMENT);
THE STATE OF NEW YORK,
               Defendants.

CIVIL ACTION
No. 20-CV-09928

VERIFIED
COMPLAINT

JURY TRIAL
DEMANDED

PRO SE FILING -
NEW CASE -
FEE PAID

---------------------------------------------------------------X

PLAINTIFF, PRO SE, complaining of the Defendants as and for her Complaint alleges and shows to the Court as follows:

## ABSTRACT

Plaintiff is suing for damages and relief. Plaintiff requests relief to reverse all Court of Appeals orders and all Appellate Divisions orders related to all plaintiff's Supreme Court cases (including (but not limiting) cases: Kings Co. Index No. **30972/2004**, New York Co. Index Nos.: **113306/2006, 109296/2007**), including (but not limiting) orders: Court of Appeals order, dated November 20, 2017, SSD No. 61; Court of Appeals order, dated November 20, 2017, Mo. No. 2017-746; Court of Appeals order, dated November 20, 2017, Mo. No. 2017-847).



# FedEx Office

Address: 6 BARCLAY ST
NEW YORK
NY 10007
Location: AYZKN
Device ID: -BTC02
Transaction: 940283346777

**FedEx Priority Overnight**
781099419810    4.00 lb (M)    44.88
    Direct Signature Required
    Declared Value  0
Recipient Address:
    ATTORNEY GENERAL OFFICE
    28 LIBERTY STREET
    16TH FLOOR
    New York, NY 10005
    0000000000

Scheduled Delivery Date 12/9/2020

Pricing option:
    STANDARD RATE

Package Information:
    FedEx Pak

    Shipment subtotal:    $44.88

    **Total Due:**    **$44.88**

    (S) CreditCard:    $44.88
    ************9054

M = Weight entered manually
S = Weight read from scale
T = Taxable item

Terms and Conditions apply. See
fedex.com/us/service-guide for details.

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

Dec 08, 2020 5:27:53 PM

********* WE LISTEN *********
Tell us how we're doing
& receive a discount on your next order!