UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELLA MANKO,<br><br>                   Plaintiff,<br><br>              -against-<br><br>LENOX HILL HOSPITAL, ET AL.,<br><br>                  Defendants. | 20-CV-9928 (CM)<br><br>ORDER OF DISMISSAL<br>UNDER 28 U.S.C. § 1651 |

COLLEEN McMAHON, Chief United States District Judge:

By order dated July 11, 2013, the Court barred Plaintiff from filing any new action *in forma pauperis* (IFP) without first obtaining from the Court leave to file. *See Manko v. Schlesinger*, ECF 1:12-CV-9059, 11 (S.D.N.Y. July 11, 2013). Plaintiff brings this new *pro se* action, but she does not seek leave to proceed IFP nor does she pay the filing fees.[1] The Court therefore assumes for the purpose of this order that she seeks IFP status. Because Plaintiff has not sought leave from the Court to file, the Court dismisses this action without prejudice for Plaintiff's failure to comply with the July 11, 2013 order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   December 17, 2020
             New York, New York

                                                        COLLEEN McMAHON
                                                  Chief United States District Judge

---

[1] Plaintiff labels the complaint as "fee paid," but the Court has confirmed with its Finance Department that Plaintiff has not paid the required fees.