UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELLA MANKO,<br><br>       Plaintiff,<br><br> -against-<br><br>LENOX HILL HOSPITAL, ET AL.,<br><br>       Defendants. | 20-CV-9928 (CM)<br><br>CIVIL JUDGMENT |

 Pursuant to the order issued December 17, 2020, dismissing the complaint,

 IT IS ORDERED, ADJUDGED, AND DECREED that under the July 11, 2013 order in *Manko v. Schlesinger*, ECF 1:12-CV-9059, 11 (S.D.N.Y. July 11, 2013), the complaint is dismissed without prejudice.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

 IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: December 17, 2020
    New York, New York

                      /s/ Colleen McMahon
                     COLLEEN McMAHON
                 Chief United States District Judge